**Affirm and Opinion Filed October 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00277-CR

**MARIA CEGUDA PEREZ, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court-Auxiliary Court No. 4B**
**Dallas County, Texas**
**Trial Court Cause No. TR-12-33781**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Myers
Opinion by Justice FitzGerald

Maria Ceguda Perez was convicted of the Class C misdemeanor offense of contributing to the truancy of her child and fined $120. Appellant, who is representing herself in this appeal, did not file a brief despite being warned that the failure to do so would result in submission of the appeal without briefs. *See* TEX. R. APP. P. 38.8(b); *Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994). Absent briefs, no issues are before us. Finding no fundamental error, we affirm the trial court's judgment.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
130277F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARIA CEGUDA PEREZ, Appellant

No. 05-13-00277-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court-Auxiliary
Court No. 4B, Dallas County, Texas
Trial Court Cause No. TR-12-33781.
Opinion delivered by Justice FitzGerald,
Justices Francis and Myers participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered October 16, 2013

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE